No. 41477.—Petition 5442–R of Atlas Waste Mfg. Co., Inc. (Ogdensburg).

Opinion by Cline, J. It appeared that there was an error in the invoice made by a clerk in the office of the shipper in Canada which was discovered too late to amend the entry. It was found that there was no intention to defraud the revenue or to deceive the appraiser as to the value of the goods. The petition was therefore granted. *Scruggs* v. *United States* (T. D. 43850) cited.